1/23/70   Motion for Transfer by Defendant Boeing Company; Brief in Support of Motion; Affidavit of B. Boyd Hight, Jr.; and Certificate of Service.  (Kaitz&Leverson)

1/28/70   Joinder by def. Boeing Company in Motion for Transfer of Actions for Coordinated or Consolidated Pretrial Proceedings (in two "Demanes" actions)

2/2/70   Add'l Affidavit of Service for Motion for Transfer by def. Boeing Co. (1/23)

2/24/70   Motion for transfer of action Dale V. Lally, Sr., Etc. v. United Airlines Inc., & The Boeing Co. (Motion by Boeing) Mich., E., No. 18001=1

2/25/70   Mailed "Notice of Hearing Order to Counsel

2/25/70   Filed Hearing Order set for March 20, 1970, (San Francisco, Calif.)

3/2/70   Filed MOTION FOR TRANSFER OF ACTION FOR CC PP - Gow v. United, Cal., C. No. 70-113 R.

3/4/70   Filed Amendment to Hearing Order adding B actions to Schedule A (Gow v. United)

3/5/70   Filed Acknowledgment of Service of Hight Motion for Transfer of Actions.

4/7/70   Filed CONSENT OF TRANSFEREE COURT signed by CJ Thurmond Clarke approving consolidation in California, C. and assignment of Judge Pregerson (2 fr. Calif., N., and 1 fr. Mo., W.)

4/7/70   Filed ORDER transferring litigation from Calif., N. and Mo., W. to Judge Pregerson in California, C.  (minute order).

2/10/71   JOAN INMAN BLONDEAU, ETC. V. UNITED AIRLINES, Colorado, C-2840
          IRIS S. LEROY, ETC. V. UNITED AIRLINES, Colorado C-2838
          NANCY JANE REYNOLDS, ETC. V. UNITED AIRLINES, Colorado, C-2837
          Entered CTOs today.  Sent to Panel Service Attorneys and Involved Judges.

2/23/71   NOTICE OF OPPOSITION - Iris S. LeRoy, etc. v. United Air Lines, Colorado, Civil Action No. C-2838

2/23/71   ENTERED ORDER staying execution of the 2/10/71 Conditional Transfer Order in Iris S. LeRoy, v. United Air, Colorado, Civil Action No. C-2838 Notified Judges and Involved Counsel.

2/25/71   NOTICE OF OPPOSITION - Joan Inman Blondeau, etc. v. United Air Lines, Inc. Civil Action No. C-2840, District of Colorado

2/25/71   ENTERED ORDER staying execution of the 2/10/71 Conditional Transfer Order in Jonan Inman Blondeau v. United Air Lines, Colorado, C-2840.  Notified Judges and Involved Counsel.

2/26/71   FILED NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER, Nancy Jane Reynolds v. United Air Lines, et al., Colorado, Civil Action No. C-2837.

2/26/71   ORDER ENTERED Staying execution of the 2/10/71 Conditional Transfer Order Nancy Jane Reynolds v. United Air Lines, et al., Colorado, Civil Action No. C-2837. Notified Liaison counsel and involved judges.

| Date | Pleading Number | |
|------|----|---|
| 3/5/71 | | IRIS S. LEROY V. UNITED AIR LINES, COLORADO, C-2838 |
| | | JOAN INMAN BLONDEAU V. UNITED AIR LINES, COLORADO, C-2840 |
| | | NANCY JANE REYNOLDS V. UNITED AIR LINES, COLORADO C-2837 |
| | | HEARING ORDER ENTERED TODAY. Sent to Judges, Hearing Clerk and Court Reporter. Notified Counsel. *Hearing 3/26/71; Wash. DC.* |
| ~~3/10/71~~ | 10 | Motion of pls. to vacate cto's in Blondeau (No. C-2840); LeRoy (C-2838); and Reynolds (C-2837). |
| 3/15/71 | | ~~ORDER~~XXXXXX NANCY JANE REYNOLDS V. UNITED AIR, COLORADO, C-2837 |
| | | IRIS S. LEROY V. UNITED AIR, COLORADO, C-2838 |
| | | JOAN INMAN BLONDEAU V. UNITED AIR, COLORADO, C-2840 |
| | | ORDER holding Panel's decision in abeyance re: plaintiffs motion to vacate CTOs pending decision of Judge Doyle.to transfer §1404(a). |
| 3/15/71 | | (REYNOLDS, BLONDEAU, LEROY) ~~XXXXXXXXXXXXXXXXX~~ ORDER - Vacating Hearing Order. Notified counsel, involved judges. |
| 4/12/71 | | IRIS S. LEROY V. UNITED AIRLINES, COLORADO, C-2838 |
| | | JOHN INMAN BLONDEAU V. UNITED AIR, COLORADO, C-2840 |
| | | NANCY JANE REYNOLDS V. UNITED AIRLINES, COLORADO, C-2837 - ORDER VACATIN CTOs entered 2/10/71. Sent to judges and notified counsel. |

Calif. 2
F. Pregerson's clerk - Nick Johnson
213-688-3853

DOCKET NO. 34

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER IN SANTA MONICA BAY ON JANUARY 18, 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | FLOYD A. Demanes, etc. The Boeing Company, et al. (Estate of Ostrander) 70-1141-HP dismissed 12/16/71 | Calif., N. 51737 | Levin | 4/7/70 | On original motion of def Boeing 70-1141 |
| A-2 | FLOYD A. Demanes, etc. v. The Boeing Company et al (Estate of Callahan) 70-1140-HP dismissed 12/15/71 | Calif., N. C-69 51 GSL | Levin | 4/7/70 | " 70-1140 |
| A-3 | Barbara F. Kaitz, etc. v. United Air Lines, Inc., et al. dismissed 7/30/71 | Calif., C. 69-955-HP | Pregerson | NTN | " |
| A-4 | Margaret M. Leversen, etc. v. The Boeing Company, et al. dismissed 12/16/71 | Calif., C. 69-2259-IH HP | Hill | 4/7/70 | " |
| A-5 | Jacobs, et al. v. United Air Lines, et al. dismissed 3/7/72 | Calif., C. 69-2545-WPG HP | Gray | " | " |
| A-6 | Patricia Ann Wilhelm, etc. v. United Air Lines, Inc. | Ill., N. 69 C 2337 | Marovitz | dismissed | |
| A-5a | Pat Lakin, etc. v. United Air Lines, et al. dismissed 5/24/72 | Calif., C. 70-75-AAH HP | Hauk | " | |
| A-7 | Dale V. Lally, Sr., etc. v. United Air Lines, Inc., et al. 70-1108-HP dismissed 5/22/72 | Mo., W. 18001-1 | | 4/7/70 | motion of Boeing 2/24/ 70-1108 |
| B-1 | Edwin K. Gow, Etc. v. United Air Lines, Inc., et al. dismissed 7/30/71 | Calif., C. 70-113-R HP | Real | NTN | |
| XYZ-1 | Carol Elizabeth Schlemmer, Admnx. v. Boeing Co., Pratt & Whitney Corp. dismissed 12/16/71 3 | Calif., C. 70-650-HP | NTN | | |
| XYZ-2 | Floyd A. Demanes v. United Air Lines judgment entered 7/7/72 | C.D.Calif 71-38 HP | Pregerson | | |

TRANSFERRED TO J. PREGERSON in CAL.-C.

DOCKET NO. 34

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER IN SANTA MONICA BAY ON JANUARY 18, 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| C-1 | Joan Inman Blondeau, etc. v. United Air Lines, Inc., et al. *VACATED 2/10/71* | Colorado C-2840 | Doyle | OPPOSED | 71-875-HP |
| C-2 | Nancy Jane Reynolds, etc. v. United Air Lines, Inc., et al. *VACATED 2/10/71* | Colorado C-2837 | Doyle | OPPOSED 7/7/72 | 71-873-HP |
| C-3 | Iris S. LeRoy, etc. v. United Airlines, Inc., et al. *VACATED judgement* | Colorado C-2838 | Doyle | OPPOSED | 71-874-HP |
| XYZ | Esther Rodriguez, et al. v. United AL., et al., C.D. Cal., 70-2191-HP  dismissed 2/29/72 | | | | |

DOCKET NO. 34

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION


LIAISON COUNSEL

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER IN SANTA MONICA BAY ON JANUARY 18, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| | Liaison Counsel for Plaintiffs<br>Daniel C. Cathcart, Esquire<br>Magana, Olney, Levy & Cathcart<br>1800 Avenue of the Stars<br>Los Angeles, California 90067 | Liaison Counsel for Defendants<br>James J. McCarthy, Esquire<br>Chase, Rotchford, Grukker & Bogust<br>411 W. 5th Street<br>Los Angeles, California 90013 |
| | Assistant Liaison Counsel for Plaintiffs<br>Ned Good, Esquire<br>727 W. Seventh Street<br>Los Angeles, California 90017 | Liaison Counsel for Defendants (Assistant)<br>Everett B. Clary, Esquire<br>O'Melveney & Myers<br>611 West Sixth Street<br>Los Angeles, California 90017 |
| C-1 | Paul A. Morris, Esquire       Same as<br>1305 Walnut Street                A-6<br>Boulder, Colorado 80302       Kennelly   *app* | The Boeing Company<br>Wood, Ris and Hames<br>Denver Club Building<br>Denver, Colorado 80208 |
| C-2 | John J. Kennelly, Esq.<br>111 West Washington Street<br>Chicago, Illinois 60602 | |
| C-3 | Leonard M. Campbell, Esquire<br>Gorsuch, Kirgis, Campbell, Walker<br>   & Grover                   Same as A-6<br>1900 Security Life Building<br>Denver, Colorado 80202 | |

DOCKET NO. 34

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER IN SANTA MONICA BAY ON JANUARY 18, 1969

*19 Attys.*

**DO NOT USE THIS LIST FOR CTO'S**

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | A Lee Sanders, Esquire<br>Demanes & Sanders<br>1860 El Camino Real<br>Burlingame, California<br><br>Speiser, Shumate, Geoghan, Krause, Rheingold & Madole<br>851 National Press Building<br>Washington, D. C.<br><br>Philip A. Rouse, Esquire<br>322 Majestic Building<br>Denver, Colorado | THE BOEING COMPANY<br>Neil E. Falconer, Esquire<br>Steinhart, Goldberg, Feigenbaum & Ladar<br>Crocker Plaza<br>Montgomery at Post<br>San Francisco, California 94104 |
| A-2 | Speiser, Shumate, Geoghan, Krause, Rheingold & Madole<br>851 National Press Building<br>Washington, D. C. 20004 (Same As A-1)<br><br>Same as A-1 above (Sanders) | Same as A-1 above (Falconer) |
| A-3 | Allan Browne, Esquire<br>Ervin, Cohen & Jessup<br>9171 Wilshire Boulevard<br>Beverly Hills, California 90210 | THE BOEING COMPANY<br>B. Boyd Hight, Jr., Esquire<br>O'Melveney & Myers<br>611 West Sixth Street<br>Los Angeles, California 90017 |
| A-4 | Daniel C. Cathcart<br>Magana, Olney, Levy & Cathcart<br>1800 Avenue of the Stars<br>Los Angeles, California 90067 | |
| A-5 | Ned Good, Esquire<br>727 W. Seventh Street<br>Los Angeles, California 90017 | |
| A-6 | John J. Kennelly, Esquire<br>111 West Washington Street<br>Chicago, Illinois 60602 | |

continued

| No. | Plaintiff | Defendant |
|---|---|---|
| A-6 | A. F. Greco, Esquire<br>850 Equitable Building<br>Denver, Colorado | |
| A5a | Same as A-5 above (Good) | ALSO<br>James J. McCarthy, Esquire<br>Chase, Rouhford, Grukker & Bougst<br>411 W. 5th Street<br>Los Angeles, California 90013<br><br>Robert C. Packard (handwritten, over struck-through "Jacques E. Soiree"), Esquire<br>Kirtland & Packard<br>639 So. Spring Street<br>Los Angeles, California  90014<br><br>Morgan, Wenzel, Lynberg & Stearns<br>1545 Wilshire Boulevard<br>Los Angeles, California 90017<br><br>Schell & Delamer<br>458 South Spring Street<br>Los Angeles, California 90013<br><br>William G. Tucker, Esquire<br>316 West 2nd Street<br>Los Angeles, California  90012 |
| A-7 | John G. Madden, Br., Esquire<br>Madden, Willson & Winger<br>500 Board of Trade Bldg.<br>127 West 10th Street<br>Kansas City, Missouri  64105 | United Air Lines<br>   J. D. James, Esquire<br>   James, McCay & Larison<br>   1750 Home Savings Bldg.<br>   Kansas, Ctiy, Missour |
| B-1 | G. Edward Fitzgerald, Esquire<br>Gary D. Stabile, Esquire<br>Gibson, Dunn & Crutcher<br>634 S. Spring Street<br>Los Angeles, California  90014 | Boeing<br>   Lyman Field, Esquire<br>   Rogers, Field, Gentry, Benjamin,<br>      & Robertson<br>   600 East 11th Street<br>   Kansas City, Missouri  64106 |