*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
F I L E D
APR 7 1970
PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 34

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RE: MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER IN SANTA MONICA BAY ON JANUARY 18, 1969

ORDER

UPON CONSIDERATION of the motion of the Boeing Company to transfer all related civil actions to the Central District of California, the lack of opposition to said motion, and the agreement of all parties who appeared at the March 20, 1970 hearing and it appearing that the convenience of parties and witnesses would be served and the just and efficient conduct of these actions promoted by said transfer,

IT IS ORDERED that the actions listed on the attached Schedule A pending in other districts are hereby transferred to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that with the written consent of that court, filed with the Clerk of the Panel, these actions are hereby assigned to the Honorable Harry Pregerson.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman

DOCKET NO. 34                                              SCHEDULE A

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara F. Kaitz, etc. v. United Air Lines, Inc., et al. | Civil Action No. 69-955-HP |
| Margaret M. Leversen, etc. v. The Boeing Company, et al. | Civil Action No. 69-2259-HP |
| Jacobs, et al. v. United Air Lines, et al. | Civil Action No. 69-2545-HP |
| Pat Lakin, etc. v. United Air Lines, et al. | Civil Action No. 70-75-HP |
| Edwin K. Gow, etc. v. United Air Lines, Inc., et al. | Civil Action No. 70-113-HP |

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd A. Demanes, etc. v. The Boeing Company, et al. | Civil Action No. 51737 |
| Floyd A. Demanes, etc. v. The Boeing Company, et al. | Civil Action No. C-69 51 GSL |

### WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Dale V. Lally, Sr., etc. v. United Air Lines, Inc., et al. | Civil Action No. 18001-1 |